# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE HUSICK | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 2:21-cv-5599 |
| UNUM LIFE INSURANCE COMPANY OF AMERICA. | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this  11th  day of October, 2024, upon consideration of Plaintiff Lawrence Husick's Motion for Summary Judgment Concerning His Claim for Bad Faith (ECF No. 18), and all documents submitted in support thereof and in opposition thereto, as well as Defendant Unum Life Insurance Company of America's Motion for Summary Judgment (ECF No. 20), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motions are **DENIED** in their entirety.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*

**R. BARCLAY SURRICK, J.**